# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 23-46098 |
| RAPID METALS, LLC, | Hon. Maria L. Oxholm |
| Debtor. | Chapter 11 |
| NEWPOINT ADVISORS CORPORATION, Plan Administrator of the Estate of RAPID METALS, LLC, | Adversary Pro. No. 2:24-ap-04191 |
| Plaintiff, | Hon. Maria L. Oxholm |
| v. | |
| BEEMAC, INC., | |
| Defendant. | |

## ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE RESPONSE TO COMPLAINT

Based on the *Stipulation for Extension of Time to File Response to Complaint* that was filed with this Court and the Court finding good cause to enter this Order:

IT IS ORDERED that Beemac, Inc. is authorized to and shall file an answer or other responsive pleading not later than September 5, 2024.

**Signed on August 2, 2024**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**